UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff

vs.                                      CASE NO:    1:24cr00189

AMY NICOLE GORDON
    Defendant

## MOTION TO RELOCATE

Comes now the Defendant, Amy Nicole Gordon, by CJA counsel, Jennifer Hinkebein Culotta, and moves the Court for an Order authorizing her to relocate to Oklahoma. In support of said Motion, counsel states the following:

1. On this date, May 22, 2024, CJA counsel received the attached email regarding the relocation request for Ms. Gordon. *See* Exh. A. Counsel has been aware of the upcoming relocation, but not the exact timing.

2. Ms. Gordon's daughter, Lynne (age 16), will be attending Oral Robert's University in the fall, and Ms. Gordon is requesting that she be allowed to live with her juvenile daughter while she attends college.

3. Ms. Gordon has obtained a residence for her and her daughter through student housing at 3445 Johanna Boulevard, Broken Arrow, Oklahoma 74014, in Tulsa County.

4. CJA Counsel has been informed that Ms. Gordon has requested that she be allowed to move to Oklahoma on May 24, 2024.

WHEREFORE, the Defendant respectfully requests that the Court allow her to transfer her pretrial release to Oklahoma.

Respectfully submitted,

*/s/ Jennifer H. Culotta*
Jennifer Hinkebein Culotta, #476566
Culotta & Culotta LLP
The Hess House
815 E. Market Street
New Albany, IN 47150
Telephone: (812) 913-6989
Fax: (812) 941-8883
jennifer@culottalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:
Assistant United States Attorney Sara Levine

*/s/ Jennifer H. Culotta*
Jennifer Hinkebein Culotta