**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**
    **Plaintiff**

**vs.**　　　　　　　　　　　　　　　　　　　　　　　**CASE NO:**　　**24-cr-00189**

**AMY NICOLE GORDON**
    **Defendant**

**MOTION TO CONTINUE**

Comes now the Defendant, Amy Nicole Gordon, by CJA counsel, Jennifer Hinkebein Culotta, and respectfully requests this Court to continue this matter that is set for a Jury Trial on October 21, 2024.  In support of the Motion, counsel states the following:

The parties have been diligently reviewing discovery, which is voluminous.  Further, over the past several months, the parties have been in constant negotiation on a potential resolution without the necessity of a jury trial; however, those negotiations have broken down and it is the belief of the parties that this matter will proceed to trial.

Ms. Gordon lives in Oklahoma, counsel's office is in Indiana, and the trial is set in Washington D.C. these geographical differences add to the challenge of trial preparations.  In addition, counsel will be out of the country on an unrelated matter for several weeks, returning to the office on Monday, October 14, 2024, one week prior to the current trial setting, leaving little time to adequately prepare for trial.  As such, on this date, counsel for Ms. Gordon spoke with Assistant United States Attorney Sara Levine regarding the need for a continuance.

Lastly, counsel has never requested a continuance of this matter.  Ms. Gordon is not detained and represents that the ends of justice served by a continuance outweigh her and the

public's interest to a speedy trial as provided by 18 U.S.C. § 3161(h)(7)(A). This Motion is not being made for purposes of delay but is being made to ensure Defendant's counsel has the time to effectively represent Ms. Gordon.

WHEREFORE, Ms. Gordon, by CJA counsel, respectfully moves this Court for a continuance of the Jury Trial.

Respectfully submitted,

*/s/ Jennifer H. Culotta*
Jennifer Hinkebein Culotta, #476566
Culotta & Culotta LLP
The Hess House
815 E. Market Street
New Albany, IN 47150
Telephone: (812) 913-6989
Fax: (812) 941-8883
jennifer@culottalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Assistant United States Attorney Sara Levine

*/s/ Jennifer H. Culotta*
Jennifer Hinkebein Culotta