# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 24-CR-189-JEB |
| v. : | |
| : | |
| AMY NICOLE GORDON, : | |
| : | |
| Defendant. : | |

### Stipulations of the Parties

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Amy Nicole Gordon, with the concurrence of her attorney, agree and stipulate to the following:

### *Stipulation #1: United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021; the timestamps on the recordings are accurate; and the video footage was not altered or edited in any way. The video footage, contained in Government Exhibit Series 400 and Exhibits 302 and 303, is authentic in that it is what it purports to be. The video and/or other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

To the extent that either party seeks to enter Government Exhibits in Series 400, Exhibit 302, or Exhibit 303 the parties reserve the right to object for reasons other than their authenticity.

### *Stipulation #2: Montage Videos*

Government Exhibits 100 and 200 contains montage videos of the events at certain areas of the U.S. Capitol and surroundings on January 6, 2021. The events depicted in the video montage are fair and accurate depictions of events at the U.S. Capitol on January 6, 2021. The timestamps on the recordings and accurate and the video footage, including radio run, is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation.

To the extent that either party seeks to enter Government Exhibits 100 or 200, the parties reserve the right to object for reasons other than their authenticity.

### *Stipulation #3: Third-Party and Open Source Footage*

Individuals present at the Capitol also used personal cameras to capture the events on January 6, 2021. The events depicted in the video footage in Government Exhibit Series 500 ("Open Source Footage") are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021. The video footage is authentic in that it is what it purports to be and may be introduced into evidence at trial without establishing additional foundation beyond this stipulation. To the extent that either party seeks to enter Government Exhibits from Series 500, the parties reserve the right to object for reasons other than their authenticity.

### *Stipulation #4: Standard Protocols for Device Extraction*

As part of this case, the FBI performed a digital forensic extraction of Defendant Amy Nicole Gordon's cell phone, Government Exhibit Series 600. The United States and Defendant Gordon agree and stipulate to the following:

1. On or about March 19, 2024, the FBI lawfully obtained Gordon's cell phone and retained it as evidence in this case.

2. The FBI maintained proper chain of custody for Gordon's cell phone throughout the pendency of this case.

3. The FBI employed proper and reliable techniques to extract the data from Gordon's cell phone.

4. Government Exhibit 600 titled "Text Messages from Defendant's Phone," and all exhibits in the 600 series taken from that report, are accurate and authentic copies of digital content extracted from Gordon's cell phone.

To the extent that either party seeks to enter Government Exhibits from Series 600, the parties reserve the right to object for reasons other than their authenticity or chain of custody.

### *Stipulation #5: Physical Items and Search Warrant Photographs*

The physical items and/or photographs thereof included in Government Exhibits 700 through 703 were located by federal agents on or about March 19, 2024 at Defendant Gordon's residence located in Greenville, Indiana, pursuant to a search warrant authorized by a federal magistrate judge. Physical items have been in the custody of the Federal Bureau of Investigation from the time of the seizure. The parties stipulate to the chain of custody.

To the extent that either party seeks to enter Government Exhibits 700 to 703, the parties reserve the right to object for reasons other than chain of custody.

### *Stipulation #6: Amy Nicole Identification*

The defendant has stipulated that she is the person charged in the Indictment. Below photographs are fair and accurate depictions of Amy Nicole Gordon on restricted grounds of the U.S. Capitol building on January 6, 2021.





Respectfully submitted,

| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| */s/ Jennifer H. Culotta* | MATTHEW M. GRAVES |
| JENNIFER CULOTTA | United States Attorney |
| Culotta & Culotta LLP | D.C. Bar No. 481052 |
| 815 E. Market Street | |
| The Hess House | */s/ Sara E. Levine* |
| New Albany, Indiana 47150 | SARA E. LEVINE |
| (812) 941-8886 | VA Bar No. 98972 |
| | Assistant United States Attorney |
| | District of Columbia |
| | 601 D St. NW |
| | Washington, DC 20530 |
| | (202) 252-1793 |
| | sara.levine@usdoj.gov |
| | |
| | KYLE R. MIRABELLI |
| | Assistant United States Attorney |
| | N.Y. Bar No. 5663166 |
| | 601 D Street, N.W. |
| | Washington, DC 20530 |
| | Email: kyle.mirabelli@usdoj.gov |
| | Phone: (202) 252-7884 |