UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff

vs.                                                                                                     CASE NO:    24-cr-00189

AMY NICOLE GORDON
    Defendant

### DEFENDANT'S MOTION TO ALLOW ASSOCIATE AT COUNSEL TABLE

Comes the Defendant, Amy Nicole Gordon, by CJA counsel, and respectfully requests that this Honorable Court allow Associate, J. Donald Culotta, to be seated at counsel table throughout the trial.[1] The grounds and reasons in support of said motion are as follows:

1. J. Donald Culotta is an Associate with Culotta & Culotta, LLP, licensed to practice in the State of Indiana and the Commonwealth of Kentucky. He is also barred in the Southern District of Indiana, Northern District of Indiana, Eastern District of Kentucky and the Western District of Kentucky. His admission to the District of Columbia Bar is pending.[2]

2. Mr. Culotta has worked on this matter throughout the pendency of the charges against Ms. Gordon and has become an essential part of the defense team.

3. It is customary for the government to have two attorneys along with its case agent at counsel table.

4. Mr. Culotta has familiarized himself with the voluminous paperwork in the instant case

---

[1] CJA Counsel is not requesting that government funds pay for J. Donald Culotta's assistance.
[2] J. Donald Culotta graduated Loyola Law School in 2021.

and has been an integral part of the defense team in this complicated matter. His presence at counsel table will ensure the efficient representation of Ms. Gordon, by allowing Mr. Culotta to readily assist CJA counsel with case details, documents, and potential issues arising during the trial. As such, his assistance would be very valuable.

5. Lastly, Mr. Culotta is not going to question witnesses nor present argument during the trial, his role will be to actively provide immediate support and access to relevant information to assist CJA counsel during the pendency of the trial.

WHEREFORE, Ms. Gordon, by CJA counsel, respectfully moves this Court for an Order allowing Mr. J. Donald Culotta to sit at counsel table.

Respectfully submitted,

___/s/ Jennifer H. Culotta_____
Jennifer Hinkebein Culotta, #476566
Culotta & Culotta LLP
The Hess House
815 E. Market Street
New Albany, IN 47150
Telephone: (812) 913-6989
Fax: (812) 941-8883
jennifer@culottalaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Assistant United States Attorney Sara Levine

_____/s/ Jennifer H. Culotta_____
Jennifer Hinkebein Culotta