1

Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
AMY NICOLE GORDON

Civil/Criminal No. 24-cr-189-JEB

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | **100 Series - *Congress*** | | | | |
| 100 | Video Montage with Congressional Record | ✓ | ✓ | | |
| 101 | Certificate of Authenticity Senate Recording Studio | | | | |
| 102 | Certificate of Authenticity House Recording Studio | | | | |
| 102 | Concurrent Resolution | | | | |
| 103 | Congressional Record Senate | | | | |
| 104 | Congressional Record House | | | | |
| | | | | | |
| | | | | | |

| 200 Series - *General Riot* | | | | | |
|---|---|---|---|---|---|
| 200 | Riot Montage | ✓ | ✓ | | |
| 201 | Map of Restricted Perimeter | ✓ | ✓ | Cap. Walton | |
| 202 | Aerial Photograph of the US Capitol | ✓ | ✓ | | |
| 203 | U.S. Capitol Grounds Map | ✓ | ✓ | | |
| 204 | Area Closed Sign Photo | ✓ | ✓ | | |
| 205 | Area Closed Sign Photo 1 | ✓ | ✓ | Cap. Walton | |
| 206 | Capitol Photo w-Signs | ✓ | ✓ | Cap. Walton | |
| 207 | NW Courtyard Zoomed In | ✓ | ✓ | Cap. Walton | |
| 208 | Still - 3D Model of Capitol | ✓ | ✓ | Cap. Walton | |
| 209 | Capitol Top Down | ✓ | ✓ | Cap. Walton | |
| 210 | 3D Still West Front | ✓ | ✓ | | |
| 211 | 3D Capitol model - NW Terrace | ✓ | ✓ | Cap. Walton | |
| 212 | VP Clips Montage - Trump Speech | ✓ | ✓ | | |

| | | | | | |
|---|---|---|---|---|---|
| 213 | DC-1 - DC Register | ✓ | ✓ | | |
| 214 | DC-2 - Curfew Tweet | ✓ | ✓ | | |
| 215 | D.C. Mayor's Order 2021-002 | ✓ | ✓ | | |
| 216 | West Front Time Lapse | ✓ | ✓ Over Object | | |
| 217 | Bike Rack Photo | ✓ | ✓ | Cap. Walton | |
| | | **300 Series - *USSS*** | | | |
| 300 | Visit Notification Email | ✓ | ✓ | | |
| 301 | HOS worksheet redacted | ✓ | ✓ | | |
| 302 | VP Departing Senate Members Staircase | ✓ | ✓ | | |
| 303 | CCTV Motorcade Moving East Side of the Cap | ✓ | ✓ | | |
| 304 | Video Montage Leading Up to USSS Evacuation of VP Pence w/Radio Runs | ✓ | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 400 Series - *CCTV & BWC* | | | | | |
| 400 | Inauguration Trailer 2:47 to 2:50 | ✓ | ✓ | | |
| 400A | Inauguration Trailer Screenshot | ✓ | ✓ | | |
| 400B | Inauguration Trailer Screenshot w-yellow circle | ✓ | ✓ | | |
| 401 | Upper Terrace NE (partially obstructed) 249 to 251 pm | ✓ | ✓ | | |
| 401A | Upper Terrace NE (partially obstructed) Screenshot | ✓ | ✓ | | |
| 401B | Upper Terrace NE (partially obstructed) Screenshot w-yellow circle | ✓ | ✓ | | |
| 401C | Upper Terrace NE (partially obstructed) Screenshot 2 | ✓ | ✓ | | |
| 401D | Upper Terrace NE (partially obstructed) Screenshot 2 w-yellow circle | ✓ | ✓ | | |
| 401E | Upper Terrace NE (partially obstructed) Screenshot 3 | ✓ | ✓ | | |
| 401F | Upper Terrace NE (partially obstructed) Screenshot 3 w-yellow circle | ✓ | ✓ | | |
| 402 | Upper Terrace NE (closer view) 249 to 251 pm | ✓ | ✓ | | |
| 402A | Upper Terrace NE (closer view) Screenshot | ✓ | ✓ | | |
| 402B | Upper Terrace NE (closer view) Screenshot w-yellow circle | ✓ | ✓ | | |

| | | | | | |
|---|---|---|---|---|---|
| 402C | Upper Terrace NE (closer view) Screenshot 2 | ✓ | ✓ | | |
| 402D | Upper Terrace NE (closer view) Screenshot 2 w-yellow circle | ✓ | ✓ | | |
| 403 | RF North Roof 248 to 251 pm | ✓ | ✓ | | |
| 404 | Upper Terrace NW (toward NW Courtyard) | ✓ | ✓ | | |
| 404A | Upper Terrace NW (toward NW Courtyard) Screenshot | ✓ | ✓ | | |
| 404B | Upper Terrace NW (toward NW Courtyard) Screenshot w-yellow circle | ✓ | ✓ | | |
| 404C | Upper Terrace NW (toward NW Courtyard) Screenshot 2 | ✓ | ✓ | | |
| 404D | Upper Terrace NW (toward NW Courtyard) Screenshot 2 w-yellow circle | ✓ | ✓ | | |
| 404E | Upper Terrace NW (toward NW Courtyard) Screenshot 3 | ✓ | ✓ | | |
| 404F | Upper Terrace NW (toward NW Courtyard) Screenshot 3 w-yellow circle | ✓ | ✓ | | |
| 404G | Upper Terrace NW (toward NW Courtyard) Screenshot 4 | ✓ | ✓ | | |
| 404H | Upper Terrace NW (toward NW Courtyard) Screenshot 4 w-yellow circle | ✓ | ✓ | | |
| 405 | Upper Terrace NW (balcony) | ✓ | ✓ | | |
| 405A | Upper Terrace NW (balcony) Screenshot | ✓ | ✓ | | |
| 405B | Upper Terrace NW (balcony) Screenshot 2 | ✓ | ✓ | | |

| | | | | | |
|---|---|---|---|---|---|
| 405C | Upper Terrace NW (balcony) Screenshot 2 w-yellow circle | ✓ | ✓ | | |
| 406 | Senate Wing Door | ✓ | ✓ | | |
| 406A | Senate Wing Door Screenshot | ✓ | ✓ | | |
| 406B | Senate Wing Door Screenshot w-yellow circle | ✓ | ✓ | | |
| 406C | Senate Wing Door Screenshot 2 | ✓ | ✓ | | |
| 406D | Senate Wing Door Screenshot 2 w-yellow circle | ✓ | ✓ | | |
| 406E | Senate Wing Door Screenshot 3 | ✓ | ✓ | | |
| 406F | Senate Wing Door Screenshot 3 w-yellow circle | ✓ | ✓ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **500 Series – *Open Source Video/Photos*** | | | | |
| 500 | Gordon CNN Footage (see at 58_30) | | | | |
| 500A | Gordon CNN Footage Clip | | | | |
| 500B | Gordon CNN Footage Screenshot | ✓ | ✓ | | |

| | | | | | |
|---|---|---|---|---|---|
| 500C | Gordon CNN Footage Screenshot w-yellow circle | ✓ | ✓ | | |
| 500D | Gordon CNN Footage No audio | ✓ | ✓ | | |
| 501 | NW Terrace | ✓ | ✓ | | |
| 501A | NW Terrace Clip | ✓ | ✓ | | |
| 501B | NW Terrace Screenshot | ✓ | ✓ | | |
| 501C | NW Terrace Screenshot w-yellow circle | | | | |
| 502 | NW Courtyard | | | | |
| 502A | NW Courtyard Screenshot | | | | |
| 502B | NW Courtyard Screenshot w-yellow circle | | | | |
| 502C | NW Courtyard Screenshot 2 | | | | |
| 502D | NW Courtyard Screenshot 2 w-yellow circle | | | | |
| 502E | NW Terrace video w-yellow circle | ✓ | ✓ | | |
| 503 | SWD Entrance | ✓ | ✓ | | |
| 503A | SWD Entrance Clip | ✓ | ✓ | | |
| 503B | SWD Entrance Screenshot | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 504 | Free America Rally | | | | |
| 504A | Free America Rally Clip | ✓ | ✓ | | |
| 504B | Free America Rally Screenshot | ✓ | ✓ | | |
| | | | | | |
| **600 Series – *Text Messages*** | | | | | |
| 600 | Text Messages from Defendant Phone | | | | |
| 601 | Text Conversation – Allison Taylor | | | | |
| 601A | Text Conversation – Allison Taylor (redacted) | ✓ | ✓ | | |
| 602 | Text Conversation – Anita Thomas | | | | |
| 602A | Text Conversation – Anita Thomas (redacted) | ✓ | ✓ | | |
| 603 | Text Conversation – Betchel Chuckie | | | | |
| 603A | Text Conversation – Betchel Chuckie (redacted) | ✓ | ✓ | | |
| 604 | Text Conversation – Betchel Hayden | | | | |
| 604A | Text Conversation – Betchel Hayden (redacted) | | | | |
| 605 | Text Conversation - Christina Barbara | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 605A | Text Conversation – Christina Barbara (redacted) | | | | |
| 606 | Text – Daddy | | | | |
| 607 | Text – Expedia Confirmation | ✓ | ✓ | | ✓ |
| 608 | Text Conversation – Group Chat | | | | |
| 608A | Text Conversation – Group Chat (redacted) | ✓ | ✓ | | |
| 609 | Text Conversation – Hobbs Melissa | | | | |
| 609A | Text Conversation – Hobbs Melissa (redacted) | | | | |
| 610 | Text Conversation – Hobbs Mike | | | | |
| 610A | Text Conversation – Hobbs Mike (redacted) | ✓ | ✓ | | |
| 611 | Text Conversation - Kathy Yeager | | | | |
| 611A | Text Conversation - Kathy Yeager (redacted) | ✓ | ✓ | | |
| 612 | Text Conversation – Laura | | | | |
| 613 | Text Conversation – My Lover | | | | |
| 614 | Text Conversation – Noelle | ✓ | ✓ | | |
| 615 | Text Conversation – Stutsman Beth | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 615A | Text Conversation – Stutsman Beth (redacted) | ✓ | ✓ | | |
| 616 | Text Conversation – Tamara Browning Church | | | | |
| 616A | Text Conversation – Tamara Browning Church (redacted) | ✓ | ✓ | | |
| 616B | Parler Link | ✓ | ✓ | | |
| 617 | Text Conversation - Various | | | | |
| 617A | Text Conversation – Selected Texts (Various) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | **700 Series – *Physical Evidence/Interview*** | | | | |
| 700 | Jacket Photo | ✓ | ✓ | | |
| 701 | Flag Photo 1 | ✓ | ✓ | | |
| 702 | Flag Photo 2 | ✓ | ✓ | | |
| 703 | Flag w-flagpole | ✓ | ✓ | | |
| 704 | Area Closed Sign | ✓ | ✓ | | |

| | | | | | |
|---|---|---|---|---|---|
| 705 | Amy Gordon Interview 302 | | | | |
| 706 | Amy Gordon Interview Notes | | | | |
| | | | | | |