CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

AMY NICOLE GORDON

Civil/Criminal No.: __24CR189-JEB__

### NOTE FROM JURY

We have reached a verdict.

Date: 12/18/24

Time: 1:31 pm