# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 24-CR-189-JEB |
| | : | |
| AMY NICOLE GORDON | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

Pursuant to the motion filed by the United States, ECF 1̶8̶ 47, it is hereby ordered that the

Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.


**SO ORDERED** this 21st day of _____Jan._____, 2025.


HONORABLE JAMES E. BOASBERG
United States District Court Judge